Lacy Lee WILLIAMS, Plaintiff–Appellant,

v.

WAKE COUNTY JAIL; Sergeant Chapman; c/o Cotton; Nurse Jordan, Defendants–Appellees.

No. 08–6384.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 26, 2008.

Decided: Oct. 8, 2008.

Lacy Lee Williams, Appellant Pro Se.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lacy Lee Williams appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). He also appeals the district court's order denying his motion to alter or amend judgment under Fed.R.Civ.P. 59(e). We have reviewed the

---

record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Williams v. Wake County Jail,* No. 5:07–ct–03167–D (E.D.N.C. Mar. 3, 2008 & Apr. 11, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*